## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Carol J. Driscoll,

                          **Civil File No. 04-1658 PAM/RLE**

        Plaintiff,

vs.                             **ORDER FOR DISMISSAL**

County of St. Louis,

        Defendant.

---

Upon the stipulation of the parties, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Pursuant to Minn. Stat. § 466.08, the parties' settlement is hereby approved.

2. Plaintiff's action is dismissed with prejudice.

3. There shall be no award of attorney's fees, expenses or costs to any party.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                        s/Paul A. Magnuson
                                        Honorable Paul A. Magnuson
                                        Judge of United States District Court

Dated: May 9, 2007